Horan, Esquire, of Dallas, Texas is appointed to serve as counsel for the petitioner in this case.

**No. 09-8014. In re Charles Willy Alpine, Petitioner.**

559 U.S. 1065, 130 S. Ct. 2139, 176 L. Ed. 2d 720, 2010 U.S. LEXIS 3332.

April 19, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-8375. Peter J. Schultz, Petitioner v. Francis Halpin, et al.**

559 U.S. 1065, 130 S. Ct. 2139, 176 L. Ed. 2d 720, 2010 U.S. LEXIS 3353.

April 19, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-8604. Donald W. Doerr, Petitioner v. Dan Walker, et al.**

559 U.S. 1066, 130 S. Ct. 2139, 176 L. Ed. 2d 720, 2010 U.S. LEXIS 3311.

April 19, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-8917. Thomas L. Bates, Petitioner v. United States District Court for the Northern District of Illinois.**

559 U.S. 1066, 130 S. Ct. 2139, 176 L. Ed. 2d 720, 2010 U.S. LEXIS 3279.

April 19, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-9536. Edward J. Mierzwa, Petitioner v. Hackensack University Medical Center.**

559 U.S. 1066, 130 S. Ct. 2140, 176 L. Ed. 2d 720, 2010 U.S. LEXIS 3438.

April 19, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until May 10, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-9686. Francisco Robles, Petitioner v. United States.**

559 U.S. 1066, 130 S. Ct. 2140, 176 L. Ed. 2d 720, 2010 U.S. LEXIS 3280.

April 19, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until May 10, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 08-1423. Costco Wholesale Corporation, Petitioner v. Omega, S.A.**

559 U.S. 1066, 130 S. Ct. 2089, 176 L. Ed. 2d 720, 2010 U.S. LEXIS 3424.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 541 F.3d 982.

**No. 09-400. Vincent E. Staub, Petitioner v. Proctor Hospital.**

559 U.S. 1066, 130 S. Ct. 2089, 176 L. Ed. 2d 720, 2010 U.S. LEXIS 3333.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted.